# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2019

159813(39)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JOSEPH S. BELL,
            Plaintiff-Appellant,

v

CITY OF SAGINAW,
            Defendant-Appellee.

_____/

SC: 159813
COA: 341858
MCAC: 14-000081

       On order of the Chief Justice, the motion of the Michigan Self-Insurers' Association to file an answer amicus curiae to the motion for reconsideration is GRANTED. The amicus answer submitted on December 11, 2019, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2019



Clerk